MOSES L. MARRUS et al., Respondents, *v.* LOUIS ALTERISE, Appellant.

*Marrus* v. *Alterise,* 129 App. Div. 922, affirmed.
(Submitted October 7, 1910; decided October 25, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 4, 1909, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action to compel specific performance of a contract to purchase real property.

*James A. Sheehan* for appellant.

*I. Gainsburg* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ROSIE BAUM, Appellant.

*People* v. *Baum,* 137 App. Div. 924, affirmed.
(Submitted October 10, 1910; decided October 25, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 24, 1910, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of the crime of petit larceny.

*Isidore Schneider* for appellant.

*Charles S. Whitman, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.